UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISON
LEXINGTON

CRIMINAL ACTION NO. 5:22-CR-00089-KKC-MAS-1

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.              **MOTION TO CONTINUE TRIAL AND EXTEND
                                DEADLINES**

RENALDO VILLA GOMEZ                                                                       DEFENDANT

\* \* \* \*

Comes the Defendant, Renaldo Villa Gomez, by counsel, and moves the Court to extend the pretrial deadlines and continue the trial of this case, presently set for June 12, 2023, for a period of at least 45 days. Yesterday, Mr. Villa Gomez received notice of new cooperating witnesses against him that the government intends to call at trial. Defense counsel has also been informed that the United States may move to try the defendants in this matter separately which could impact the defendants trial strategy. While none of these developments are earth-shattering, the relative availability of interpreters, language barrier, and limited visitation time at the Bourbon County Regional Jail necessitate more time than the almost-two weeks we have between now and the scheduled trial date. The time necessary to grant the requested continuance would be excludable under the Speedy Trial Act. Counsel for the defense has previously discussed with the defendant the likelihood of a continuance and he is willing to waive his speedy trial right to allow for more time to prepare for the potential superseding indictment.

Counsel for the codefendant has already requested a continuance, and the United States and counsel for the codefendant have expressed that they have no objection to this continuance.

WHEREFORE, counsel would request the trial of this case be continued for a period of at least 45 days based on the Court's schedule and that the deadline to file defensive motions be extended accordingly.

## NOTICE

Please take Notice that the foregoing Motion shall come for hearing at the convenience of the Court.

Respectfully submitted,

/s Bradley Clark
Bradley Clark
333 W. Vine St. Ste 300
Lexington, KY 40507
(859) 474-0001
bclark@suhrelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2023 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s Bradley Clark
Bradley Clark
Counsel for Mr. Villa Gomez