UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISON
LEXINGTON

CRIMINAL ACTION NO. 5:22-CR-00089-KKC-MAS-1

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

V.                                                          **ORDER**

RENALDO VILLA GOMEZ                                                                                        DEFENDANT

\* \* \* \*

This matter having come before the Court on Defendant Reynaldo Villa Gomez's Motion to Continue Trial and extend deadlines, and the Court being otherwise sufficiently advised, it is hereby ORDERED that the Motion is GRANTED. The trial scheduled for June 12, 2023 is set aside and rescheduled for _____, 2023. In addition, any pretrial defense motions shall be filed on or before _____, 2023.

ENTERED this \_\_\_\_\_ day of 2023.

_____
UNITED STATES DISTRICT JUDGE