# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CRIMINAL NO. 5:22-00089-KKC-MAS-1 |
| Plaintiff, | |
| V. | **ORDER** |
| **RENALDO VILLA GOMEZ,** | |
| Defendant. | |

**\*\*\* \*\*\* \*\*\***

This matter was referred to the magistrate judge for the purposes of conducting rearraignment proceedings for Defendant Renaldo Villa Gomez. The magistrate judge has filed a recommendation[1] that the Court accept Defendant's guilty plea and that Defendant be adjudged guilty of Counts 1, 2, 4, and 7 of the Superseding Indictment and the Court adjudge Defendant's interest in the property listed in the forfeiture allegation of the Superseding Indictment as well as a Walther P22 pistol, Cal: 22, SN: L081232, seized from 289 Preakness Drive on June 10, 2022, forfeited. (DE 29.) No objections have been filed and, having reviewed the record, the Court finds that the magistrate judge satisfied all requirements of Federal Rule of Criminal Procedure 11 and the United States Constitution.

Accordingly, the Court hereby ADOPTS the magistrate judge's recommendation (DE 76), accepts Defendant's plea of guilty, and enters a finding of guilty for Defendant as to Counts 1,2, 4, and 7 of the Superseding Indictment. The Court also orders Defendant's

---

[1] The magistrate's Report & Recommendation erroneously lists the Defendant's name. However, all other matters discussed within the Report accurately reflect the record.

interest in the property listed in the forfeiture allegation of the Superseding Indictment as well as the Walther P22 pistol, Cal: 22, SN: L081232, seized from 289 Preakness Drive on June 10, 2022, FORFEITED.

Dated December 6, 2023

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY